# Dave Zelenski

| | |
|---|---|
| **From:** | Dave Zelenski |
| **Sent:** | Wednesday, August 08, 2012 4:12 PM |
| **To:** | 'Rome, Michael A.' |
| **Cc:** | Hendricks, Robert Jon; Vimal K. Shah; 'Kirkwood, Teri E.'; 'Gparsells@mdmc-law.com' |
| **Subject:** | RE: Preferred Freezer Discovery Extension |
| | |
| **AmicusFileIds:** | 2046 |
| **AmicusFileName:** | Preferred Freezer |
| **AmicusId:** | 208065 |
| **AmicusStatus:** | Saved |

Michael, regarding the below, we are presently unable to agree to your requested thirty-day extension. Our concern is that granting such an extension would jeopardize our ability to move to compel (if necessary) prior to the October 8, 2012, deadline set by the Court for the filing of a motion for class certification. By my calculation, Defendant's written discovery responses are due August 15, 2012 (*i.e.*, one week from today). A thirty-day extension would push that date to September 14, which would give us less than one month to ensure that we have received all of the information called for by Plaintiff's written discovery requests. Obviously, given the Central District's Local Rules on discovery disputes, granting such an extension runs the risk of prejudicing Plaintiff. Of course, we are not adverse to granting requests in general; in fact, we granted a fifteen-day extension for Defendant to file its Amended Answer. The timeline agreed to by the parties, however, renders your second request for an extension problematic.

In addition, given what appears to be Defendant's present practice of contacting putative Class Members in order to get them to execute release agreements (a practice to which Defendant has admitted in its Answer), it is now more important than ever that we receive timely discovery responses identifying putative Class Members. Basically, we need to be able to ensure that Class Members are being provided with all necessary information in connection with deciding whether or not to accept Defendant's settlement offers. Alan and I attempted to discuss this with you on the phone today, but you told us that you do not have the authority to address this issue. Accordingly, please consider this e-mail—along with our earlier attempt to have a telephonic discussion with you—as initiating the meet-and-confer process under Local Rule 7-3 regarding the filing of a motion for corrective action regarding Defendant's communications with the putative Class. Plaintiff seeks to correct what appear to be incomplete remarks concerning the pending lawsuit. It is our understanding that putative Class Members are not being told the name of Jose Gonzalez's case, are not being told the theory behind his representative claims, are not being told the name of his counsel, and are not being provided with his counsel's contact information. This is improper. *See, e.g., Friedman v. Intervet, Inc.*, 730 F. Supp. 2d 758, 763 (N.D. Oh. 2010). It is also our understanding that the settlement offers themselves appear to violate sections 206 and 219 of the Labor Code. Furthermore, it appears that Class Members are not being informed about the impact that executing an FLSA release for unpaid overtime has on their ability to secure unpaid-overtime relief under the Labor Code.

Please let us know at your earliest convenience if Defendant is willing to resolve these issues without motion practice. Thanks.

Dave Zelenski

---

**From:** Rome, Michael A. [mailto:mrome@morganlewis.com]
**Sent:** Tuesday, August 07, 2012 3:46 PM
**To:** Dave Zelenski
**Cc:** Hendricks, Robert Jon; Vimal K. Shah
**Subject:** Preferred Freezer Discovery Extension

Counsel:

In reviewing your first set of discovery requests, we have determined that we will need an extension of time to prepare responses.  I am writing to request a 30-day extension to respond to Plaintiff's first set of Interrogatories, Requests for Admission, and Requests for Production.

Please advise as to whether you will grant us this extension by the close of business on August 8, 2012.

Michael


**Michael A. Rome**
**Morgan, Lewis & Bockius LLP**
300 S. Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90017-3132
Direct: 213.612.7427 | Main: 213.612.2500 | Fax: 213.612.2501
mrome@morganlewis.com | www.morganlewis.com
Assistant: Debra R. Tinsley | 213.612.7415 | dtinsley@morganlewis.com

```
DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.
```