## RELEASE AGREEMENT

**THIS RELEASE AGREEMENT** ("Agreement") is made between Preferred Freezer Services LBF, LLC (referred to herein as "Company"), and the person identified below under the heading "Employee," who agree as follows:

1.     If Employee is currently employed by Company, nothing in this Agreement affects the Employee's employment with Company.

2.     A former employee of Company has filed a lawsuit that is pending in the United States District Court for the Central District of California, seeking to bring a class and collective action on behalf of all employees at this facility (including Employee), and also seeking to bring claims on his (the former employee's) own behalf.  With respect to the class action and collective action allegations, the lawsuit alleges that Company did not pay employees (including Employee) the correct amount of pay for overtime work, did not provide employees (including Employee) all required meal periods, and did not provide employees (including Employee) adequate pay stubs. The class and collective actions also alleges claims for continuing wages and unfair competition. With respect to his individual claims, the former employee alleges in his lawsuit that Company did not provide him with all required rest periods and wrongfully discharged his employment.

3.     Company admits that it miscomputed the amount of overtime payments (but not in the manner alleged in the lawsuit), and has or will issue employees (including Employee) checks for past due overtime payments through March 2012.  This Release does not apply to any claims with respect to the overtime payments.  Company disputes and will continue to dispute, the claims as to meal periods, pay stubs, continuing wages, unfair competition, and rest breaks.

4.     Although the lawsuit purports to be a "class action and collective action," no motion certifying a class has been brought and the lawsuit has not yet been determined to be a class action or a collective action.  However, if the lawsuit is certified as a class or collective action, Employee could be included or choose to join the lawsuit as a class member and be a plaintiff against Company.  Except as to the claim for overtime payments (to which this Agreement does not apply), the parties desire to resolve the collective and class action allegations of the lawsuit, and any potential claims for rest breaks, pursuant to the provisions of this Agreement.

4.     **Payment**:  Concurrently with the mutual execution of this Agreement, Company shall pay to Employee a net payment of _Five Hundred_ Dollars ($_500.00_) in full satisfaction of all claims that Employee has, had or could have had arising out of the lawsuit or in any way related thereto (other than claims for overtime payments).

5.     **Release**:  Except for claims arising under this Agreement and except for any claim Employee may have for overtime payments, Employee, for himself/herself and on behalf of his/her successors and assigns, does hereby release, acquit and agree to  completely surrender, release and waive any and all claims actions, causes of action, demands, rights, damages, costs and expenses whatsoever, known and unknown, foreseen and unforeseen under California Labor Code Sections 203, 226, 226.7, 512 and California Business and Professions Code Section 17200 (collectively, "claims") that Employee may have against Company and/or Company's representatives, successors, assigns, agents, employees, attorneys, parent corporations, subsidiaries, affiliates, shareholders, directors, officers, managers, members, and each of them, and its past and present employees, officers and directors, arising out of or in any manner related

1814374

to the lawsuit. Employee acknowledges that the claims released by this Agreement include claims for missed meal periods, missed rest breaks, failure to provide adequate pay stubs, continuing wages, waiting time penalties, unfair competition, attorneys' fees, interest and penalties. Employee acknowledges that, by executing this Agreement, Employee is releasing any right to participate as a class member in the lawsuit, or bring his/her own lawsuit for such released claims.

6.     **Waiver**:   California Civil Code Section 1542 states:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

Employee acknowledges that Employee has read all of this Agreement, including the above Civil Code Section, and Employee fully understands both this Agreement and the Civil Code Section. Employee waives any benefits granted to Employee pursuant to Civil Code Section 1542.

7.     Employee agrees that all matters relating to this Agreement shall be confidential. Employee agrees that neither Employee nor any of Employee's attorneys, agents, relatives, family members or other persons under Employee's direction or control, shall make, issue, disseminate, publish, print or announce any news release, public statement, or announcement with respect to these matters, or any aspect thereof, the reasons therefor or the terms of this Agreement under disclosure is otherwise required by law. Employee will not prosecute any claim released in paragraph 5 of this Agreement against Company before any administrative agency or in any court. Employee declares that no promise has been made to Employee that is not contained in this Agreement. It is understood that this Agreement is not an admission of liability by any party and this Agreement is a resolution of a disputed claim.

**ATTENTION:   THIS DOCUMENT CONTAINS A RELEASE AND WILL AFFECT YOUR LEGAL RIGHTS. BY SIGNING THIS AGREEMENT YOU ARE ACKNOWLEDGING THAT YOU WERE ADVISED TO AND HAD AN OPPORTUNITY TO CONSULT WITH LEGAL COUNSEL PRIOR TO EXECUTING THIS AGREEMENT AND THAT YOU ARE SIGNING THIS AGREEMENT OF YOUR OWN FREE WILL AND NOT AS A RESULT OF OPPRESSION, UNDUE INFLUENCE OR ANY OTHER REASON.**

**Company:**

Dated: _8/6/2012_

By: _____
    [ signature ]

**Employee:**

Dated: _____


_____
[ signature ]

_____

[print name]

1814374