

U.S. Wage and Hour Division

**Receipt for Payment of Back Wages,
Employment Benefits, or Other Compensation**

U.S. Department of Labor
Wage and Hour Division

I, _____GAMEZ, ALEX_____, have received payment of wages, employment benefits,
(typed or printed name of employee)   PFS LBF Vernon, CA
or other compensation due to me from ___, One Main St. 3rd Floor, Chatham, NJ 07928___
(name and location of the establishment)

for the period beginning with the workweek ending ____03/20/2010____ through the workweek
ending ____03/31/2012____. The amount of the payment I received is shown below.

This payment of wages and other compensation was calculated or approved by the Wage and Hour Division and is based on the findings of a Wage and Hour Division investigation. This payment is required by the Act(s) indicated below in the marked box(es):

☑ Fair Labor Standards Act[1]
☐ Family and Medical Leave Act
☐ Employee Polygraph Protection Act
☐ Migrant and Seasonal Agricultural Worker Protection Act
☐ Contract Work Hours and Safety Standards Act

☐ Service Contract Act
☐ Davis-Bacon and Related Act(s) _____
☐ Other _____

Gross Amount Back Wages   $507.49
Legal Deductions _____
Other Amount Paid _____ _____
                      (please specify type)
Net Amount Received _____

[1]NOTICE TO EMPLOYEE UNDER THE FAIR LABOR STANDARDS ACT (FLSA) — Your acceptance of this payment of wages and other compensation due under the FLSA based on the findings of the Wage and Hour Division means that you have given up the right you have to bring suit on your own behalf for the payment of such unpaid minimum wages or unpaid overtime compensation for the period of time indicated above and an equal amount in liquidated damages, plus attorney's fees and court costs under Section 16(b) of the FLSA. Generally, a 2-year statute of limitations applies to the recovery of back wages. Do not sign this receipt unless you have actually received this payment in the amount indicated above of the wages and other compensation due you.

Signature of employee _____   Date _____

Address _____

**EMPLOYER'S CERTIFICATION TO WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR:**

I hereby certify that I have on this (Date) __8/6/12__ paid the above-named employee in full covering lost or denied wages or other compensation as stated above.

Signature ___[signature]___   Title __General Manager__
(Employer or authorized representative)

**PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001**

1. WAGE AND HOUR COPY

Form WH-58 (Rev. September 2010)

Date: 08/02/2012 1:45:29 PM   Case ID: 1661629   Page 133