O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>PREFERRED FREEZER SERVICES LBF, LLC, and DOES 1–100, inclusive,<br><br>Defendants. | Case No. CV 12-03467-ODW (FMOx)<br><br>**ORDER CONTINUING OSC HEARING TO MARCH 11, 2013** |

The Court has received Plaintiff Jose Gonzalez's Status Report advising the Court of the parties' progress in formalizing their long-form settlement agreement. (ECF No. 73.) Specifically, Gonzalez informs the Court that (1) he will file an amended Complaint no later than January 31, 2013, to conform the existing Complaint to the class definitions found in the settlement; and (2) Gonzalez anticipates filing a motion for preliminary approval of the class settlement on February 25, 2013. (*Id.*)

/ / /
/ / /
/ / /
/ / /
/ / /

In light of these representations, the Court hereby **CONTINUES** the January 28, 2013 OSC hearing in this matter to **March 11, 2013, at 1:30 p.m.** This hearing will be vacated and the OSC discharged upon Plaintiff's filing of his motion for preliminary approval.

**IT IS SO ORDERED.**

January 23, 2013

_____
**HON. OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**