O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREFERRED FREEZER SERVICES LBF, LLC, and DOES 1–100, inclusive,<br><br>Defendants. | Case No. CV 12-03467-ODW (FMOx)<br><br>**ORDER VACATING HEARING [80]** |

On the Court's own motion, the April 22, 2013 hearing Plaintiffs' Motion for Preliminary Approval of Class-Action Settlement (ECF No. 80) is hereby **VACATED**, and no appearances are necessary. Although the parties have not yet designated a Claims Administrator, they inform the Court that they are meeting and conferring and believe they will have selected one by April 22, 2013. The parties are therefore **ORDERED** to designate a claims administrator by April 22. The Court will thereafter issue an order on Plaintiff's motion.

**IT IS SO ORDERED.**

April 8, 2013

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**